UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHELBY JACOBSON, on behalf of
herself and all others similarly situated,

        Plaintiff,

        v.        Case No. 21-C-1242

MILAN LASER CORPORATE, LLC, and
MILAN LASER WISCONSIN, LLC,

        Defendants.

---

## ORDER

---

The court has been advised that a settlement has been reached in this action and that the parties are in the process of reducing their agreement to writing and determining the specific allocations to putative settlement class members. Therefore, the stay of all pending deadlines continues.

**IT IS ORDERED** that the parties shall file a joint motion for preliminary settlement approval and supporting documents on or before July 14, 2023.

Dated at Green Bay, Wisconsin this 5th day of June, 2023.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge